UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY VANZANT,

        Petitioner,               Case No. 1:13-cv-125

v.                                     Honorable Paul L. Maloney

CARMEN D. PALMER,

        Respondent.

_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice because it fails to raise a meritorious federal claim.


Dated:  August 29, 2016          /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge